RECEIVED
IN MONROE, LA
JAN 17 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RYAN ANTIONE PUGH | CIVIL ACTION NO. 06-1113 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHNNY SUMLIN, ET AL. | MAG. JUDGE KAREN L. HAYES |

## RULING

On June 29, 2006, Plaintiff Ryan Antione Pugh ("Pugh"), acting *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On November 6, 2006, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 9] recommending that Pugh's Complaint be dismissed for failure to prosecute.[1] A copy of this Report and Recommendation was forwarded to Pugh at the Union Parish Detention Center, his last known place of confinement. The Report and Recommendation was returned to the Clerk of Court on November 13, 2006, marked "RETURN TO SENDER."

Local Rule 41.3W, in pertinent part, provides:

> The failure of an attorney or *pro se* litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the Court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

In the present case, the Magistrate Judge's Report and Recommendation was returned to the Clerk of Court as undeliverable on November 13, 2006. Pugh failed to advise the Court of his new address by December 13, 2006. The thirty day period within which Pugh was required to notify the

---

[1] On October 16, 2006, a copy of an order granting Plaintiff's request to proceed *in forma pauperis* was returned as undeliverable.

Court of his new address has expired.

Therefore, Pugh's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W.

MONROE, LOUISIANA, this 16 day of January, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE